UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                      CASE NO. 05 B 57662
   MARTHA A KLIMA
                                            CHAPTER 13

                                            JUDGE: BRUCE W BLACK
         Debtor
   SSN XXX-XX-4269
```

---

TRUSTEE'S FINAL REPORT AND ACCOUNT

---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 10/15/05 and confirmed on 03/09/06.

2. The case was converted to Chapter 7 after confirmation, 04/20/2008.

3. The Debtor paid a total of $ 10965.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| MORTGAGE ELECTRONIC REG | CURRENT MORTG | .00 | .00 | .00 |
| MORTGAGE ELECTRONIC REG | MORTGAGE ARRE | 1308.86 | .00 | 1308.86 |
| WILL COUNTY TREASURER | SECURED | .00 | .00 | .00 |
| ADT | UNSECURED | NOT FILED | .00 | .00 |
| ALLSTATE INSURANCE | UNSECURED | NOT FILED | .00 | .00 |
| AMERICASH | UNSECURED | NOT FILED | .00 | .00 |
| NCO FINANCIAL SYSTEMS IN | UNSECURED | NOT FILED | .00 | .00 |
| TRANSWORLD SYSTEMS | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 576.38 | .00 | 353.81 |
| CITY OF JOLIET | UNSECURED | NOT FILED | .00 | .00 |
| COTTONWOOD FINANCIAL LTD | UNSECURED | NOT FILED | .00 | .00 |
| FIGIS INC | UNSECURED | 90.34 | .00 | 55.30 |
| FRANCIS TOMASICK MD | UNSECURED | NOT FILED | .00 | .00 |
| LADIES WORKOUT EXPRESS | UNSECURED | NOT FILED | .00 | .00 |
| LANE BRYANT | UNSECURED | NOT FILED | .00 | .00 |
| MERRICK BANK | UNSECURED | 1189.24 | .00 | 730.05 |
| NEW FREEDOM MORTGAGE | UNSECURED | NOT FILED | .00 | .00 |
| NUMARK CREDIT UNION | UNSECURED | 3675.06 | .00 | 2256.03 |
| NUMARK CREDIT UNION | UNSECURED | 3437.17 | .00 | 2110.01 |
| PREMIUM MARKETING SYSTEM | UNSECURED | 149.00 | .00 | 91.35 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| SFC CENTRAL BANKRUPTCY | UNSECURED | 1140.00 | .00 | 699.81 |
| SEVENTH AVENUE | UNSECURED | 400.42 | .00 | 245.81 |
| STEVEN MAREK DDS | UNSECURED | NOT FILED | .00 | .00 |
| CPS SECURITY | UNSECURED | NOT FILED | .00 | .00 |
| I C COLLECTION SERVICE | UNSECURED | NOT FILED | .00 | .00 |
| PROVENA ST JOSEPH MEDICA | UNSECURED | NOT FILED | .00 | .00 |
| VALLEY EMERGENCY CARE | UNSECURED | NOT FILED | .00 | .00 |

```
NUMARK CREDIT UNION         UNSECURED         625.05              .00           383.71
ECAST SETTLEMENT CORPORA    UNSECURED         305.00              .00           187.25
WORLD FINANCIAL NETWORK     UNSECURED         157.33              .00            96.47
     Summary of disbursements:
--------------------------------------------------------------------------------
                    SECURED    PRIORITY    UNSECURED         OTHER         TOTAL
--------------------------------------------------------------------------------
TOTAL CLMS ALLOWED  1308.86         .00     11744.99           .00      13053.85
PRINCIPAL PAID      1308.86         .00      7209.60           .00       8518.46
INTEREST PAID           .00         .00          .00           .00            .00
TOTAL PAID          1308.86         .00      7209.60           .00       8518.46
```

The Debtor's attorney, GREENBERG & ASSOC          , was allowed $   2200.00
and was paid $    200.00   direct and $   2000.00   through the plan.

The Trustee received $    446.54 .

Refunds to the Debtor totaled $       .00 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


     Dated: 07/21/08                    /S/
                                        GLENN STEARNS
                                        CHAPTER 13 TRUSTEE




                              PAGE   2
         CASE NO. 05 B 57662 MARTHA A KLIMA